UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-00268-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BOBBIE LYNN PEREZ | **ORDER** |

This matter is before the Court on the defendant's unopposed Motion for the Sentencing Hearing in this matter to be held simultaneously and in conjunction with the arraignment hearing in this case, currently scheduled for March 15, 2017.

For good cause shown, it is **ORDERED** that the presentence investigation ordinarily required to be conducted by the United States Probation Office is hereby waived. Additionally, it is **ORDERED** that the sentencing hearing in this case will take place immediately after the defendant is arraigned, all at the same hearing on April 4, 2017 at 1:30 p.m. in New Bern before District Judge Louise Wood Flanagan.

Pursuant to Rule 32 of the Federal Rules of Criminal Procedure, this Court finds that "good cause" and sufficient "information in the record" exists for the presentence investigation process to be waived and for the sentencing hearing to be held immediately after the defendant is arraigned. *See* FED. R. CRIM. P. 32(b)–(c).

**SO ORDERED.**

This  8th   day of March, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge