UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Bobbie Lynn Perez                                     Docket No. 5:16-CR-268-1FL

## Petition for Action on Supervised Release

COMES NOW Julie Wise Rosa, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Bobbie Lynn Perez, who, upon an earlier plea of guilty to 21 U.S.C. § 841(a)(1), Distribution of a Quantity of Heroin was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge on April 4, 2017, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Bobbie Lynn Perez will be released from custody on June 19, 2018, at which time the term of supervised release will commence.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS: Ms. Perez has been unable to obtain a suitable residence prior to her release from the Bureau of Prisons. She is currently working with Alliance Disability Advocates to secure the benefits she needs to be able to obtain a residence. Therefore, we request she be allowed placement at Cavalcorp Residential Reentry Center for up to 120 days while she establishes a suitable release plan. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision

PRAYING THAT THE COURT WILL ORDER that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period not to exceed 120 days as a public law placement and shall abide by the conditions of that program during said placement.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/Michael C. Brittain<br>Michael C. Brittain<br>Supervising U.S. Probation Officer | /s/Julie Wise Rosa<br>Julie Wise Rosa<br>Senior U.S. Probation Officer<br>310 New Bern Avenue Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8675<br>Executed On: April 26, 2018 |

**ORDER OF THE COURT**

Considered and ordered this __26th__ day of __April__, 2018 and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge