UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Bobbie Lynn Perez                            Docket No. 5:16-CR-268-1FL

**Petition for Action on Supervised Release**

COMES NOW Kyle Kusmierczyk, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Bobbie Lynn Perez, who, upon an earlier plea of guilty to Distribution of a Quantity of Heroin, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on April 4, 2017, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

On April 26, 2018, supervision conditions were modified to add the defendant undergo placement in a residential reentry center not to exceed 120 days. Bobbie Lynn Perez was released from custody on June 19, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Prior to the defendant's release in June 2018, she had not secured a release plan. Therefore, the court modified her supervision to add a condition for placement into the residential reentry center for 120 days. The 120 days is up on October 16, 2018. Perez has secured a residence in Wilmington, but is unable to move into it until October 26, 2018. Due to this, we are respectfully requesting a 10 day extension to allow Perez to remain at the residential reentry center until October 26, 2018. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The condition requiring the defendant to undergo placement in a residential reentry center for a period not to exceed 120 days as a public law placement and shall abide by the conditions of that program during said placement be extended for an additional 10 days, that is from October 16, 2018, to October 26, 2018.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Kyle Kusmierczyk<br>Kyle Kusmierczyk<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-612-8974<br>Executed On: October 15, 2018 |

**Bobbie Lynn Perez**
**Docket No. 5:16-CR-268-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __15th__ day of __October__, 2018, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge